

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00102-CR

_____

IN RE JAMIE LEE BLEDSOE

Original Mandamus Proceeding

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Jamie Lee Bledsoe, proceeding pro se, has filed a petition for a writ of mandamus. Upon reading Bledsoe's petition, we infer that he is complaining of a ruling in the trial court denying Bledsoe's request for habeas corpus relief.[1] Bledsoe has failed to provide this Court with any record upon which the relief he requests could be granted.

While Bledsoe has filed copies of several documents, we find nothing in the record to establish that he has asked the trial court for any relief. The relator is obligated to "provid[e] this Court with a sufficient record to establish his right to mandamus relief." *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Hence, there is nothing this Court could compel the trial court to do. Further, if we were to infer that Relator seeks continued review of discretionary matters already presented and decided in his past direct appeal and habeas corpus proceedings, mandamus is not an appropriate vehicle.

We deny the relief sought.

Charles van Cleef
Justice

Date Submitted:     August 3, 2022
Date Decided:       August 4, 2022

Do Not Publish

---

[1]Bledsoe's petition says he "received a 'white card' from the Court of Criminal Appeals, where they dismissed the writ [of habeas corpus] without written order." Again, Bledsoe has provided no documents to substantiate these assertions.

2